[Nos. 42951-5-I; 43039-4-I.   Division One.   December 13, 1999.]

THE STATE OF WASHINGTON, *on the relation of Linnea Olson, et al., Respondent,* v. GREGORY OLSON, ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 86-3-02399-6, Donald D. Haley, J., entered July 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43053-0-I.   Division One.   December 13, 1999.]

KENT PATTERSON, ET AL., *Appellants,* v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-08005-5, Gerald L. Knight, J., entered June 15, 1998. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Appelwick, JJ.

[No. 43256-7-I.   Division One.   December 13, 1999.]

*In the Matter of the Marriage of* DONALD R. BARKER, *Respondent,* and ANNIE P. BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-3-07455-3, Philip G. Hubbard, Jr., J., entered October 4, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 43455-1-I.   Division One.   December 13, 1999.]

LARRY LARSON, *Appellant,* v. THE CITY OF BELLEVUE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-03762-8, Robert S. Lasnik, J., entered September 14, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Becker, JJ.